# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
### Hammond Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Nicholas J Lukas<br>xxx–xx–7571<br>3212 Rustic Lane<br>Crown Point, IN 46307<br><br>Lauren E Lukas<br>fka Lauren E Tracy<br>xxx–xx–8095<br>3212 Rustic Lane<br>Crown Point, IN 46307 | ) <br>) <br>) <br>) Case Number: 10–24974–kl<br>) <br>) <br>) <br>) <br>) <br>) <br>) Chapter: 13<br>) |

## ORDER AND NOTICE

    NOTICE IS HEREBY GIVEN that on December 18, 2013 , Debtors filed Motion to employ real estate agent . It is therefore,

    ORDERED, and Notice is hereby given, that objections to the above matter, or any requests for a hearing thereon, if any, must be filed in writing with the Clerk of this Court, and by producing a copy thereof to the Movant or Objectant on or before January 6, 2014 . In the event any such objection or request for hearing is filed, the Court will set the same down for hearing at a later date upon further notice. And it is further

    ORDERED, and Notice is hereby given, that absent any objections or requests for hearing, the Court may enter an order relating to the above matter, without further notice and hearing.

    A copy of the above is available in the Office of the Bankruptcy Clerk, 5400 Federal Plaza, Hammond, Indiana, 46320.

Dated: December 23, 2013 .

Kent Lindquist
_____
Judge, United States Bankruptcy Court

Document No. 91 – 86

M–8
Rev. 10/02/98