# United States Bankruptcy Court
### Northern District of Indiana

In re: Nicholas J. and Lauren E. Lukas          Case No. 10-24974
Debtor(s)                                        Chapter   13

**Notice of Change of Address**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:  Lauren E. Lukas

Street:  4047 Burning Tree Court

City, State and Zip: Crown Point, IN 46307

**Please be advised that effective immediately,
my (our) new mailing address and telephone number is:**

Name: Lauren E. Lukas

Street:. 10771 Spyglass Court

City, State and Zip: Crown Point, IN  46307

                                    /s/ Dan L. Whitten _____
                                     Attorney for Debtor(s)